SaraEllen Hutchison (WSBA # 36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
1752 NW Market St. #915
Seattle, WA 98107
Telephone:     206-529-5195
Facsimile:      877-485-4893
Email: saraellen@saraellenhutchison.com

*Attorney for Plaintiff, Suwen Luu*

THE HONORABLE JUDGE MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| SUWEN LUU,<br><br>                    Plaintiff,<br><br>         v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al,<br><br>                    Defendants. | NO.  2:15-cv-01403-RSM<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF EXPERIAN INFORMATION SOLUTIONS, INC.** |

  Plaintiff Suwen Luu, by counsel, and Defendant Experian Information Solutions, Inc. ("Experian"), by counsel, hereby stipulate and agree that all matters herein between them that were made or could have been made, have been compromised and settled, and that Plaintiff's cause against Experian should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

             Respectfully submitted,


Date: May 18, 2016     S//SaraEllen Hutchison
             SaraEllen Hutchison (WSBA No. 36137)
             LAW OFFICE OF SARAELLEN HUTCHISON, PLLC

STIPULATION AND ORDER OF
DISMISSAL OF EXPERIAN WITH
PREJUDICE AND WITHOUT COSTS
2:15-cv-01403 RSM

1

Law Office of SaraEllen Hutchison, PLLC
1752 NW Market St. #915 | Seattle, WA 98107
Ph (206) 529-5195 | Fax (877) 485-4893
saraellen@saraellenhutchison.com

1752 NW Market St. #915
Seattle, WA  98107
Telephone:     206-529-5195
Facsimile:     877-485-4893
Email: saraellen@saraellenhutchison.com

*Attorney for Plaintiff*


Date: May 18, 2016

S//Rachel L. Dunnington
Rachel L. Dunnington (WSBA #47021)
Stoel Rives LLP
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 624-0900
Fax: (206) 386-7500
Email: rachel.dunnington@stoel.com

*Attorney for Defendant Experian*


IT IS SO ORDERED.

Dated this _____ day of _____, 2016.



_____
Ricardo S. Martinez
United States District Judge

---

STIPULATION AND ORDER OF
DISMISSAL OF EXPERIAN WITH
PREJUDICE AND WITHOUT COSTS
2:15-cv-01403 RSM

2

Law Office of SaraEllen Hutchison, PLLC
1752 NW Market St. #915 | Seattle, WA 98107
Ph (206) 529-5195 | Fax (877) 485-4893
saraellen@saraellenhutchison.com

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the 18th day of May, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Rachel Dunnington
rachel.dunnington@stoel.com

Binah B. Yeung
BINAHY@SCHWEETLAW.COM

Laurin Schweet
laurins@schweetlaw.com

Charles Campbell
CCampbell@kslaw.com

Dated this 18th day of May, 2016, at Seattle, Washington.

S//SaraEllen Hutchison
SaraEllen Hutchison (WSBA No. 36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
1752 NW Market St. #915
Seattle, WA  98107
Telephone:      206-529-5195
saraellen@saraellenhutchison.com

STIPULATION AND ORDER OF DISMISSAL OF EXPERIAN WITH PREJUDICE AND WITHOUT COSTS
2:15-cv-01403 RSM

3

Law Office of SaraEllen Hutchison, PLLC
1752 NW Market St. #915 | Seattle, WA 98107
Ph (206) 529-5195 | Fax (877) 485-4893
saraellen@saraellenhutchison.com